```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00968
   LEONARD CORNELIUS
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-9535


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/12/05 and confirmed on 03/24/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14234.76 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| GREENTREE | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4098.96 | .00 | 1426.78 |
| BECKET & LEE LLP | UNSECURED | 8227.41 | .00 | 2863.83 |
| BECKET & LEE LLP | UNSECURED | 130.38 | .00 | 45.38 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7921.63 | .00 | 2757.40 |
| ROUNDUP FUNDING LLC | UNSECURED | 8172.09 | .00 | 2844.58 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 334.24 | .00 | 116.34 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 2728.98 | .00 | 949.92 |
| NCM TRUST | UNSECURED | 865.64 | .00 | 301.32 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 32479.33 | .00 | 32479.33 |
| PRINCIPAL PAID | .00 | .00 | 11305.55 | .00 | 11305.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 11305.55 | .00 | 11305.55 |

```
The Debtor's attorney, BENNIE W FERNANDEZ          , was allowed $   2700.00
and was paid $   306.00  direct and $   2394.00  through the plan.

The Trustee received $    535.21 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 00968 LEONARD CORNELIUS